Submitted on record and briefs October 6, reversed December 6, 2006

In the Matter of Tristan E. Ragsdale,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

TRISTAN E. RAGSDALE,
*Appellant.*

05374-MC; A129912

149 P3d 211

James A. Palmer filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Laura S. Anderson, Senior Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Armstrong and Rosenblum, Judges.

PER CURIAM

**PER CURIAM**

Appellant in this mental commitment case appeals a judgment committing him to the Mental Health Division for treatment for a period of time not to exceed 180 days. ORS 426.130. The trial court found that appellant suffers from a mental disorder and is dangerous to others. A discussion of the facts would be of no benefit to the bench and bar. The state concedes that the record lacks clear and convincing evidence that defendant's mental illness has caused him to be dangerous to others. We find the state's concession to be well-founded and therefore accept it.

Reversed.